UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

| | |
|---|---|
| Heather Budd, | Fed. Case No. _____ |
| Plaintiff, | Fla. Case No. 2019 10325 CIDL |
| v. | (Fla. 7th Jud. Cir., Volusia Cnty.) |
| Target Corporation and TD Bank USA, N.A., | |
| Defendants. | |

## NOTICE OF REMOVAL

To: Elizabeth M. Warren, Clerk of Court, George C. Young Federal Annex Courthouse, 401 West Central Boulevard, Orlando, FL 32801.

Plaintiff Heather Budd and her attorney John P. Dubbeld, Swift, Isringhaus & Dubbeld, P.A., Suite 313, 10460 Roosevelt Boulevard North, St. Petersburg, FL 33716 (jdubbeld@swift-law.com).

Defendants Target Corporation and TD Bank USA, N.A., hereby give notice of their removal of this action on the following grounds:

1. Plaintiff Heather Budd commenced this civil action in the Circuit Court, Seventh Judicial District, in and for Volusia County, Florida. A copy of the summons and complaint, together with all the other process, pleadings, and orders served in the state-court action, accompany this notice as Composite Exhibit A:

    (a)    Civil Cover Sheet (Feb. 20, 2019)

    (b)    Complaint (Feb. 20, 2019)

    (c)    Designation of E-mail Addresses (Feb. 20, 2019)

(d) Plaintiff's First Request for Production of Documents Directed to Target Corporation (Feb. 20, 2019)

(e) Plaintiff's First Request for Production of Documents Directed to TD Bank USA, N.A. (Feb. 20, 2019)

(f) Plaintiff's First Request for Admissions Directed to TD Bank USA, N.A. (Feb. 20, 2019)

(g) Plaintiff's First Request for Admissions Directed to Target Corporation (Feb. 20, 2019)

(h) Summons to TD Bank USA, N.A. (unsigned, undated)

(i) Summons to Target Corporation (unsigned, undated)

(j) Summons to TD Bank USA, N.A. (Feb. 21, 2019)

(k) Summons to Target Corporation (Feb. 21, 2019)

(l) Return of Service Summons to Target Corporation (Mar. 15, 2019)

(m) Notice of Appearance (Mar. 15, 2019)

(n) Notice of Appearance (Mar. 20, 2019)

(o) Notice of Filing Notice of Removal (Mar. 20, 2019)

2. The complaint was the initial pleading setting forth the purported claims for relief upon which the state-court action is based.

3. The case that the complaint purportedly stated was and is removable.

4. The Defendants received the summons and complaint on or after February 21, 2019.

5. The Defendants are filing this notice within 30 days after receiving the summons and complaint.

6. This Court would have had original jurisdiction over the state-court action under 28 U.S.C. §§ 1331 and 28 U.S.C. § 1337(a). The complaint alleges a violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(A). *See Mims v. Arrow Financial Services, LLC*, 565 U.S. 368 (2012).

7. The state-court action is removable under 28 U.S.C. § 1441(a) & § 1446.

8. The state-court action is not a nonremovable action under 28 U.S.C. § 1445.

9. Promptly after filing this notice, the Defendants will give written notice to the adverse Party, and will file a copy with the Clerk of the state court.

Wherefore the Defendants respectfully pray that the state court proceed no further, and that any further proceedings in this action occur in the United States District Court for the Middle District of Florida.

March 20, 2019.

SAALFIELD SHAD, P.A.

/s/ *Dana A. Jacobs*
_____
Dana A. Jacobs
Fla. Bar No. 59053
Suite 400
245 Riverside Avenue
Jacksonville, FL 32202-4926
Ph. 904.355.4401
Fax 904.355.3503
djacobs@saalfieldlaw.com

in association with

BARNES & THORNBURG LLP
Brian Melendez
Fla. Bar No. 0103559
Suite 2800
225 South Sixth Street
Minneapolis, MN 55402-4662
Ph. 612.367.8734
Fax 612.333.6798
brian.melendez@btlaw.com

Attorneys for Defendants

**Certificate of Service**

I certify that the foregoing document has been furnished to John P. Dubbeld, Swift, Isringhaus & Dubbeld, P.A., Suite 313, 10460 Roosevelt Boulevard North, St. Petersburg, FL 33716 (jdubbeld@swift-law.com), by e-mail through the Florida Courts e-filing Portal on March 20, 2019.

March 20, 2019.

SAALFIELD SHAD, P.A.

/s/ *Dana A. Jacobs*
_____
Dana A. Jacobs
Fla. Bar No. 59053
Suite 400
245 Riverside Avenue
Jacksonville, FL 32202-4926
Ph. 904.355.4401
Fax 904.355.3503
djacobs@saalfieldlaw.com

Attorneys for Defendants