UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEATHER BUDD,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No: 6:19-cv-547-Orl-37GJK

TARGET CORPORATION; and TD
BANK USA, N.A.,

        Defendants.
_____

## ORDER OF DISMISSAL

The parties have filed a Stipulation of Dismissal. (Doc. 16). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 11, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record